CHARLOTTE HAMMER, Respondent, v. GERHARD M. DAHL and Others, Appellants, and Others, Defendants. (Appeal No. 1.) — Order granting leave to serve supplemental complaint reversed on the law, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, on the ground that under section 1077-a of the Civil Practice Act the mortgage herein may not be foreclosed by reason of default in payment of principal. Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ., concur.

CHARLOTTE HAMMER, Respondent, v. GERHARD M. DAHL and Others, Appellants, and Others, Defendants. (Appeal No. 2.) — Appeal by defendants, appellants, from order striking out certain allegations of the complaint in so far as such order denied defendants' motion to strike out other parts of the complaint, dismissed, with ten dollars costs and disbursements, on the authority of *Millard* v. *Delaware, Lackawanna & Western R. R. Co.* (204 App. Div. 80). If defendants have not served an answer to the second amended complaint, their time so to

do is extended ten days from the service of a copy of the order to be entered, with notice of entry thereof. Motion No. 1474 to dismiss appeal granted. Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ., concur.